UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25
PENSION FUND;
IRON WORKERS' LOCAL UNION NO.
25 INDIVIDUAL ACCOUNT
RETIREMENT FUND; IRON WORKERS'
HEALTH FUND OF EASTERN               Case No. 04-CV-73114-DT
MICHIGAN; IRON WORKERS LOCAL
NO. 25 VACATION PAY FUND; and        Honorable Patrick J. Duggan
IRON WORKERS' APPRENTICE FUND
OF EASTERN MICHIGAN,

      Plaintiffs,

v.

FUTURE FENCE COMPANY, KENNETH
J. HOLLOWELL, and JOANN
HOLLOWELL,

      Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on August 18, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On August 1, 2005, Plaintiffs filed a motion to amend complaint. On August 15, 2005, Defendants filed a response to this motion.

Federal Rule of Civil Procedure 15 provides that leave to amend shall be freely given when justice so requires. Having reviewed Plaintiffs' motion and brief in support thereof, and

1

Defendants' response, the Court is satisfied that the best interests of justice would be served by permitting Plaintiffs to amend the Complaint.

In their response, Defendants request, in the event the Court grants Plaintiffs' motion to amend, that Defendants be allowed discovery "in connection with the new claims."

Defendants shall have until September 30, 2005 to conduct any additional discovery necessary with respect to the "new claims."

The Pretrial Conference presently scheduled for September 7, 2005, **is adjourned to October 19, 2005 at 2:00 p.m.**

**SO ORDERED.**

                                s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copies to:
David J. Selwocki, Esq.
Jay C. Boger, Esq.